Sandra K. Steinman
No. 010292001
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street, 12th Floor
New York, New York 10016
P:  212.452.5300
F:  212.452.5301
*Attorneys for Defendants T&N Limited* and
*TAF International Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| JOAN M. AVON, Individually and as Executrix of the Estate of WILLIAM AVON, JR., by her agent, THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>T&N LIMITED, and<br>TAF INTERNATIONAL LIMITED,<br><br>  Defendants. | 3:13-cv-07530-FLW-TJB<br><br><br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

   Please enter the appearance of the following attorney as counsel to Defendants T&N Limited and TAF International Limited:

   Sandra K. Steinman, Esq.
   DARGER ERRANTE YAVITZ & BLAU LLP
   116 East 27th Street, 12th Floor
   New York, New York 10016

Dated:   New York, New York
         January 23, 2014

                                        By:  _____/s/_____
                                        Sandra K. Steinman
                                        No. 010292001
                                        DARGER ERRANTE YAVITZ & BLAU LLP
                                        116 East 27th Street, 12th Floor
                                        New York, New York 10016
                                        P:  212.452.5300
                                        F:  212.452.5301
                                        *Attorneys for Defendants T&N Limited* and
                                        *TAF International Limited*

Sandra K. Steinman
No. 010292001
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street, 12th Floor
New York, New York 10016
P:  212.452.5300
F:  212.452.5301
*Attorneys for Defendants T&N Limited* and
*TAF International Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| JOAN M. AVON, Individually and as Executrix of the Estate of WILLIAM AVON, JR., by her agent, THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>T&N LIMITED, and TAF INTERNATIONAL LIMITED,<br><br>Defendants. | 3:13-cv-07530-FLW-TJB<br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I declare, under the penalty of perjury, that a copy of a Notice of Appearance on behalf of Defendants T&N Limited and TAF International Limited has been filed electronically and is available for viewing and downloading from the ECF system.

Dated:   New York, New York
             January 23, 2014

                                                    By:         /s/
                                                            Sandra K. Steinman, Esq.
                                                            No. 010292001
                                                            DARGER ERRANTE YAVITZ & BLAU LLP
                                                            116 East 27th Street, 12th Floor
                                                            New York, New York 10016
                                                            P:  212.452.5300
                                                            F:  212.452.5301

                                                            *Attorneys for Defendants T&N Limited* and
                                                            *TAF International Limited*