Mark I. Friesz
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street, 12th Floor
New York, New York 10016
P:  212.452.5300
F:  212.452.5301
*Attorneys for Defendants T&N Limited* and
*TAF International Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| JOAN M. AVON, Individually and as Executrix of the Estate of WILLIAM AVON, JR, by her agent, THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>T&N LIMITED, and TAF INTERNATIONAL LIMITED,<br><br>Defendants. | 3:13-cv-07530-FLW-TJB<br><br>**NOTICE OF APPEARANCE** |

  Please enter the appearance of the following attorney as counsel to Defendants T&N Limited and TAF International Limited:

    Mark I. Friesz, Esq.
    DARGER ERRANTE YAVITZ & BLAU LLP
    116 East 27th Street, 12th Floor
    New York, New York 10016

Dated: New York, New York
    March 26, 2014

            By: _____/s/ Mark I. Friesz_____
              Mark I. Friesz, Esq.
              DARGER ERRANTE YAVITZ & BLAU LLP
              116 East 27th Street
              New York, New York 10016
              P:  212.452.5300
              F:  212.452.5301
              *Attorneys for Defendants T&N Limited* and
              *TAF International Limited*

Mark I. Friesz
DARGER ERRANTE YAVITZ & BLAU LLP
116 East 27th Street, 12th Floor
New York, New York 10016
P:  212.452.5300
F:  212.452.5301
*Attorneys for Defendants T&N Limited* and
*TAF International Limited*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| JOAN M. AVON, Individually and as Executrix of the Estate of WILLIAM AVON, JR., by her agent, THE FEDERAL-MOGUL ASBESTOS PERSONAL INJURY TRUST,<br><br>         Plaintiff,<br><br>v.<br><br>T&N LIMITED, and<br>TAF INTERNATIONAL LIMITED,<br><br>         Defendants. | 3:13-cv-07530-FLW-TJB<br><br>**CERTIFICATE OF SERVICE** |

 I declare, under the penalty of perjury, that a copy of a Notice of Appearance on behalf of Defendants T&N Limited and TAF International Limited has been filed electronically and is available for viewing and downloading from the ECF system.

Dated:   New York, New York
         March 26, 2014

                                      By:         /s/ Mark I. Friesz_____
                                           Mark I. Friesz, Esq.
                                           DARGER ERRANTE YAVITZ & BLAU LLP
                                           116 East 27th Street
                                           New York, New York 10016
                                           P:  212.452.5300
                                           F:  212.452.5301

                                           *Attorneys for Defendants T&N Limited* and
                                           *TAF International Limited*