UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOAN M. AVON, et. al., : | |
| Plaintiff(s) : | |
| : | |
| -vs- : | Civil Action No. 13-7530(FLW) |
| : | |
| T&N LIMITED, et al., : | |
| Defendant(s). : | |

**(PROPOSED) ORDER**

THIS MATTER having come before the Court upon a Motion by Plaintiff to admit John E. Herrick, attorneys admitted to the practice of law in the States of South Carolina and Maryland and attorney at the law firm Motley Rice, LLC, to the bar of this Court *pro hac vice*, and it appearing that John E. Herrick is thoroughly familiar with the facts at issue in this litigation and the Court having considered the Certificates of Good Standing submitted in support thereof, and for good cause shown:

IT IS on this _____day of _____, 2014;

ORDERED that John E. Herrick is hereby admitted *pro hac vice*; provided, however, that all pleadings, briefs and other papers filed with the Court shall be signed by Christopher Placitella or William L. Kuzmin, counsel of record for Plaintiff and a member of good standing of the New Jersey Bar, who shall be held responsible for said papers and for the conduct of the cause and who shall be present before the Court during all steps of this proceeding, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorney admitted herein; and it is

FURTHER ORDERED that John E. Herrick shall be bound by the Rules of the United States District Court for the District of New Jersey, including provisions of Local Civil Rule 104.1, Discipline of Attorneys; and it is

2

FURTHER ORDERED that John E. Herrick shall be deemed to have agreed to take no fee in any tort case in excess of New Jersey's contingent fee rule pursuant to New Jersey Court Rule 1:21-7, as amended; and it is

FURTHER ORDERED that John E. Herrick will make a payment of $150.00, payable to the Clerk of the United States District Court for the District of New Jersey, in accordance with Local Civil Rule 101.1(c)(3), within twenty (20) days of the date of entry of this Order.

_____
UNITED STATES DISTRICT MAGISTRATE JUDGE