2

# CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of April 2014, a copy of the Notice of Motion for Admission Pro Hac Vice, Declaration of John E. Herrick and Proposed Order were filed with the Clerk of Court of the United States District Court for the District of New Jersey and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

BY:   s/Christopher Placitella
           s/William L. Kuzmin
           COHEN, PLACITELLA & ROTH
           127 Maple Avenue
           Red Bank, NJ 07701
           (732) 747-9003